E-FILED
Tuesday, 28 October, 2025 11:56:48 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**

OCT 27 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Nicholas L Rush )
)
)
)
)
**Plaintiff(s)** )
v. )
Donald J Trump )
)
and The 51 in )
Congress, Republicans, )
**Defendant(s)** )

Case Number: _____
(Clerk's Office will provide for **new** cases, if you are filing in an existing case, write your case number)

☑ ORIGINAL COMPLAINT
☐ AMENDED COMPLAINT

You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.

I. **JURISDICTION:**

I am suing for a violation of federal law under 28 U.S.C. § 1331.

☐ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☑ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☑ Other (provide an explanation): Violction of Federal Law under Federal STaTuE 18:241

II. **PARTIES:**

Plaintiff(s) (use extra pages if needed):

Name: Nicholas Rush

Address: 2615 WaShington ST

Inmate ID Number: Waukegan IL 60085
S 119-399-to
X

Rev. 04/16/2025

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: Donald J Trump

Job: President / murder.

Address: 1600 Pennsylvania AVE

Additional info: Washington D.C, 20530

**Defendant #2:**

Name: Mike Johnson and The

Job: 50 Republicans in congress.

Address: The U.S. capital.

Additional info: _____

**Defendant #3:**

Name: _____

Job: _____

Address: _____

Additional info: _____

Rev. 04/16/2025

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?
☑Yes ☐No

B. Answer the following questions about ALL past federal lawsuits. **FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**. (Use extra pages if needed)

1. Case name, case number, and Court: 3-25-01634 MJp-ToF
3-25-00763

2. What was it about: Fraud and conspiracy against me.

3. What happened (was it dismissed, did it go to trial, was it settled): Pending.

4. Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).

NOPe. I Have Been dealing with Trumps Title 42 For The Boarder wall sense 2016. Title 42 was To clue To keep me walled ouT. Why wasnT iT Title 99. see H.C. case 24-cv-1047. = 10 = grand or Jurry 47th President. iTS NOT DisTricT Judgas Doing There Jobs To ProTecT The People of This country, iTs Trump Conspiring AgainsT me Because They DonT Do There Jobs in IL. ThaT is why 18.241 was PuT in Place

## IV. GRIEVANCE PROCEDURE[1]

A. Is there a prisoner grievance procedure in the institution?   ☐ Yes   ☑ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

☐ Yes   ☑ No

C. Has the grievance been returned from the highest or last level of review?

☐ Yes   ☑ No

D. If your answer is NO, explain why not. Did you do anything other than a grievance to alert prison authorities to the problem?

I Have Shared This info To every District court in The country and Now To The supreme court.

E. If you are a federal inmate, attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I enclosed my NexT move IF This Illeagal state Fails me Again. The Last 4 of My S.S. is 7911. This is The 7th DistricT and Now Your Pay Checks are cut off indeFinaTley

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit. If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed. *See e.g.*, 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).

Rev. 04/16/2025

## V.   STATEMENT OF CLAIM:

Using the space below describe how your constitutional rights were violated (extra pages are _strongly_ discouraged):

DO:  Write a **short** statement of what happened with neat handwriting.  Explain **who** violated your rights, **what** each defendant personally did, **when** they did it, **where** they did it, and **why** they did it (if you know why).

DO NOT:  Do not make legal arguments or give citations.  Do not include evidence or exhibits.  You will have a chance later in the case to give evidence and to make arguments.  Do not combine multiple claims that are not related.[2]

Title 42 For The Boarder well was clueing Trumps Federal MoFia Right Here In Illeagal ILLinois To keep me walled out. That is Why MY Federal Statue 18:241 was Put in Place. Not only To Show The Timeing of every Thing But To Show There would BE conspiracy Against me, I Lost A Title To my Truck Because Peoria County Did A Illeagal Search and Seizure, That Is A Clear Violation of The 5th

---

[2] The Court is not required to allow you to join multiple claims in a single case.  The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties.  It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.

Rev. 04/16/2025

Amendment, 5=C.I.A.
A Peoria County Judge violated
State and Federal Law
By Not Provideing me A Hearing
When There was evedence To
Show A Hearing is A must,
DirT Bag Public DeFender
ADam Bowton conspired
Against me, By Forceing me
To Plead Guilty when The
State Filed A Motion To
Dismiss my Case, You all mite
CaTch on When all of The
LighTs In The Federal Court
Houses GeT Turned off Because
your power Bills DonT GeT
Paid During A Shut Down,
ThaTs why The LasT 30F
my S.S. is 911, iTs all Been
Timed out. T.N. = Time Nick,
That's why I JusT contacTed
My Very Good and Loving Friends
Luke Bryan Lainey wilson and
Kellsea Ballerini, There Zip
is 37204-3142

31 42
---4 = Home,

Rev. 04/16/2025

You all will Learn The entire Top secret codes of America That was LeFT To me and only me, in my New Book That is Going To Be called (The Top secret codes of America and The (4:1983 civil RighTs of America), my NexT soon To Be published Book is (The Rise and Fall of The united states Federal Goverment,), Because The DisTrict Judges Failed There CounTry, I will continue Through 28:1254 and 1257 aFTer 41 A and 41 B are established. 28:1331 = 13 and 31 are The Primary Run way Numbers aT my Home Town AiRPorT, ThaTS why my Familys Zip in TN, is 37209-3142, iT Shows me To Fly There To safety, I Have my FlighT Plans made, I Do my own FlighT NoToms even When The sphyco PaTh State Wanna Be sphycolagist a Find me unFiT To STand Trial

**VI.** **REQUEST FOR RELIEF** *For Federal*

State exactly what you want this court to do for you.

*STaTue 18: 241 To Be enForced, 6 Billion.*

**VII.** **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Signed on: *10-21-25*
(date)

*Nich L Rush*
Signature of Plaintiff

*2615 WashingTon sT*
Street Address

*Nicholas Leon*
Printed Name

*Waukegan IL 60085*
City, State, Zip

*RUSH*
Prisoner Register Number

*S 119-399*

Rev. 04/16/2025

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____ — PETITIONER

(Your Name)

VS.

_____ — RESPONDENT(S)

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☐ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

_____

_____

☐ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☐ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: _____ , or

☐ a copy of the order of appointment is appended.

_____

(Signature)

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, _____ , am the petitioner in the above-entitled case.   In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.   Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.   Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child Support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ | $_____ | $_____ |
| **Total monthly income:** | $_____ | $_____ | $_____ | $_____ |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

4. How much cash do you and your spouse have? $_____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Type of account (e.g., checking or savings) | Amount you have | Amount your spouse has |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
   Value _____

☐ Other real estate
   Value _____

☐ Motor Vehicle #1
   Year, make & model _____
   Value _____

☐ Motor Vehicle #2
   Year, make & model _____
   Value _____

☐ Other assets
   Description _____
   Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.   For minor children, list initials instead of names (e.g. "J.S." instead of "John Smith").

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family.   Show separately the amounts paid by your spouse.   Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real estate taxes included?   ☐ Yes   ☐ No | | |
| Is property insurance included?   ☐ Yes   ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |

|                                                                                          | You   | Your spouse |
|------------------------------------------------------------------------------------------|-------|-------------|
| Transportation (not including motor vehicle payments)                                    | $     | $           |
| Recreation, entertainment, newspapers, magazines, etc.                                   | $     | $           |
| Insurance (not deducted from wages or included in mortgage payments)                     |       |             |
|   Homeowner's or renter's                                                                | $     | $           |
|   Life                                                                                   | $     | $           |
|   Health                                                                                 | $     | $           |
|   Motor Vehicle                                                                          | $     | $           |
|   Other: _____                                                         | $     | $           |
| Taxes (not deducted from wages or included in mortgage payments)                         |       |             |
|   (specify): _____                                                     | $     | $           |
| Installment payments                                                                     |       |             |
|   Motor Vehicle                                                                          | $     | $           |
|   Credit card(s)                                                                         | $     | $           |
|   Department store(s)                                                                    | $     | $           |
|   Other: _____                                                         | $     | $           |
| Alimony, maintenance, and support paid to others                                         | $     | $           |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $   | $           |
| Other (specify): _____                                                 | $     | $           |
| **Total monthly expenses:**                                                              | $     | $           |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☐ No    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☐ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes    ☐ No

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ , 20____

_____
(Signature)

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_____ — PETITIONER
(Your Name)

vs.

_____ — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

_____

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

_____
(Your Name)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Phone Number)

## QUESTION(S) PRESENTED

## LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

[ ] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

## RELATED CASES

## TABLE OF AUTHORITIES CITED

CASES                                                    PAGE NUMBER

STATUTES AND RULES

OTHER

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

**OPINIONS BELOW**

[ ] For cases from **federal courts:**

The opinion of the United States court of appeals appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the United States district court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

[ ] For cases from **state courts:**

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

1.

## JURISDICTION

[ ] For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case was _____.

    [ ] No petition for rehearing was timely filed in my case.

    [ ] A timely petition for rehearing was denied by the United States Court of Appeals on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

    [ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___A_____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

[ ] For cases from **state courts**:

The date on which the highest state court decided my case was _____. A copy of that decision appears at Appendix _____.

    [ ] A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

    [ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___A_____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

## STATEMENT OF THE CASE

## REASONS FOR GRANTING THE PETITION

## CONCLUSION

The petition for a writ of certiorari should be granted.

Respectfully submitted,

_____

Date: _____

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_____ — PETITIONER
(Your Name)

VS.

_____ — RESPONDENT(S)

**PROOF OF SERVICE**

I, _____, do swear or declare that on this date, _____, 20___, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 20___

_____
(Signature)

US POSTAGE
$003.0
First-Class
10/23/2025
0368 0011834470

Nicholas Rusk S 114-3 99
Lake Behavioral Hospital
2615 Washington ST
Waukegan IL 60085

U.S. District court
office of The clerk #305
100 N-E MonRoE ST
Peoria IL 61602

Legal mail.